

# Court of Appeals
# Sixth Appellate District of Texas


## J U D G M E N T


Gary L. Hammonds, Appellant

No. 06-13-00011-CR     v.

State of Texas, Appellee

Appeal from the 115th District Court of Upshur County, Texas (Tr. Ct. No. 15,374). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.


As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Gary L. Hammonds, pay all costs of this appeal.


RENDERED MARCH 1, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk